IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

WILFRED McCLENDON,  )
PLAINTIFF,          )
                    )
V.                  )  CASE No. 3:21-CV-00313-DWD
                    )
_____ LEWIS, et Al.,  )
DEFENDANTS.         )

---

## PLAINTIFF'S MOTION FOR A STATUS REPORT

PLAINTIFF, WILFRED McCLENDON, PRO SE, by And through the Assistance of other prisoners, moves this Honorable Court pursuant to this Court's ECF Docket #5, Requesting a Status Report of this Case.

IN Support Thereof:

1. PLAINTIFF, WILFRED McCLENDON, is a PRO SE-PRISONER, held captive in the Illinois DEPARTMENT OF CORRECTIONS, housed at LAWRENCE CORRECTIONAL CENTER.

2. AFTER consulting other prisoners, and declaring his lack of understanding of the basic Fundamentals of the FEDERAL RULES of Civil Procedure, Another prisoner, LESTER DOBBEY #R-16237, Assisted MR. McClendon in the preparation of this motion. (see, Exhibit-1)

3. PURSUANT to the ORDER [DKt.#5] OF the COURT, MR. McClendon WAS instructed, in part, " IF you do NOT RECEIVE A 'MERIT REVIEW ORDER' within the NEXT 60 days, you may FILE A motion REQUESTING STATUS of your CASE." (DKt.#5). HEREBEIT, this Motion Follows.

4. MR. McClendon AVERS that he has NOT RECEIVED ANY ECF NOTIFICATIONS FROM this COURT SINCE DOCUMENT #5, AND REQUEST STATUS OF this CASE AS ORDERED by the COURT.

5. MR. McClendon RESPECTFULLY ASKS this COURT to REVIEW his COMPLAINT AND MOTIONS.

6. MR. McClendon RESPECTFULLY ASKS this HONORABLE COURT to GRANT this MOTION IN FULL.

RESPECTFULLY Submitted,

/S/ Wilfred McClendon
WILFRED McCLENDON # B-59999
LAWRENCE CORRECTIONAL CENTER
10930 LAWRENCE ROAD
SUMNER, IL 62466
(PRO SE - Plaintiff)

STATE OF ILLINOIS )
  )SS
COUNTY OF _____ )

(Exhibit-1)

## AFFIDAVIT

I, LESTER DOBBEY #R16237 _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

1. I AM A PRISONER WITHIN the Illinois Dept. of CORRECTIONS, LAWRENCE CORRECTIONAL CENTER.

2. I CONSULTED MR. WILFRED McClendon, REGARDING CIVIL CASE: McClendon v. Lewis, et Al., NO. 3:21-CV-00313-DWD (S.D.Ill.), And he declared to me that he did NOT UNDERSTAND how to litigate NOR UNDERSTOOD the FEDERAL RULES of CIVIL PROCEDURE.

3. I DRAFTED AND ARTICULATED MR. McClendon's MOTION FOR A STATUS REPORT. WITHOUT FORCE, COERCION OR PAYMENT. HOWEVER, I AM NOT Obligated to FURTHER ASSIST MR. McClendon.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 6-25-21

/s/

NAME: LESTER DOBBEY
IDOC#: R-16237
LAWRENCE Correctional Center